EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Carlos E. Géigel Bunker | 2021 TSPR 145  208 DPR _____ |
|---|---|

Número del Caso:  TS-10,537

Fecha:  27 de octubre de 2021

Abogado del Sr. Carlos E. Géigel Bunker:

  Por derecho propio

Materia:  Suspensión provisional del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| *In re:* | | |
| | TS-10,537 | |
| Carlos E. Géigel Bunker | | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de octubre de 2021.

Examinada la sentencia emitida por el Tribunal de Primera Instancia, Sala Superior de San Juan, en los casos K IS2019G0030 y K IS2019M0003, como también el escrito presentado por el Lcdo. Carlos E. Géigel Bunker el 21 de octubre de 2021, se ordena el inicio del procedimiento establecido en la Regla 15(c) del Reglamento del Tribunal Supremo, 4 LPRA Ap. XXI-B, para que se haga una determinación sobre su capacidad mental. A su vez, se ordena a la Secretaría de este Tribunal notificar a la Oficina del Procurador General para que participe del proceso según lo instruye la propia Regla 15, supra.

Se nombra a la Lcda. Crisanta González Seda, ***Ex Jueza del Tribunal de Primera Instancia***, para que en calidad de Comisionada Especial y en presencia de las partes reciba prueba sobre la capacidad mental del licenciado Géigel Bunker, de conformidad con el procedimiento establecido en la referida Regla 15, supra, y nos rinda un informe con sus determinaciones de hecho y las recomendaciones que estime pertinentes. La designación del panel de los tres (3) siquiatras deberá hacerse dentro del término de diez (10) días desde la fecha de la notificación de esta Resolución.

En el descargo de su encomienda, la Comisionada Especial tendrá las prerrogativas de expedir citaciones y otros mandamientos de la misma manera que si fueran ordenados directamente por este Tribunal, bajo apercibimiento de desacato.

El Secretario del Tribunal Supremo y el Alguacil General, así como su personal, auxiliarán a la Comisionada Especial en esta encomienda.

**Como medida de protección social, se suspende provisionalmente al licenciado Géigel Bunker del ejercicio de la abogacía, hasta tanto se dilucide su capacidad mental para ejercerla debidamente.**

Notifíquese personalmente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        Javier O. Sepúlveda Rodríguez
                                        Secretario del Tribunal Supremo